AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Lancell Maurice Harris | ) Case No: 4:93CR00068-01 GTE |
| | ) USM No: 19622-009 |
| Date of Previous Judgment: December 1, 1993 | ) Jenniffer Horan |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  421 Months  months **is reduced to**  397 Months.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 32 | Amended Offense Level: | 30 |
| Criminal History Category: | I | Criminal History Category | I |
| Previous Guideline Range: | 121 to 151 months | Amended Guideline Range: | 97 to 121 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

The reduced sentence is within the amended guideline range.
The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  12/1/93  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  7/1/08                                                                    /s/ Garnett Thomas Eisele
                                                                                                        Judge's signature

Effective Date:                                                                         Garnett Thomas Eisele, U.S. District Judge
                        (if different from order date)                                     Printed name and title